UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

       v.                                        Crim. No. 2:12-CR-15-1FL

TONY ALLEN PARKER

     On Friday, April 15, 2011, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                Respectfully submitted,

                                                                /s/ Dwayne K. Benfield  
                                                                Dwayne K. Benfield  
                                                                Supervising U.S. Probation Officer

**ORDER OF COURT**

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this \_\_\_\_14th\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 2014.

                                                               Louise W. Flanagan  
                                                               U.S. District Judge